UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:19-cr- |
| ) | |
| LAUREL BENNETT a/k/a Laurel Cole ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 9th day of January, 2019.

This 9th day of January, 2019.

SCOTT W. MURRAY
United States Attorney

By: /s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney

WARRANT ISSUED: _____