

UNITED STATES PROBATION & PRETRIAL SERVICES
District of New Hampshire

# MEMORANDUM

**DATE**: May 7, 2019

**TO**: Honorable Andrea K. Johnstone
U.S. Magistrate Judge

**FROM**: Matthew DiCarlo
U.S. Probation Officer

**RE**: Theodoros Bahtsevanos
Dkt. No.: 19-CR-02-01-JL

### Report of Bail Violation – Warrant Recommended

**The probation officer respectfully requests that the Court issue a warrant for Theodoros Bahtsevanos so that he may be brought before the Court to show cause as to why his bail should not be revoked. In support of this request, the probation officer offers the following information.**

Release Status

On January 16, 2019, the defendant appeared before U.S. Magistrate Judge Andrea K. Johnstone pursuant to a warrant that had been issued following his indictment for two counts of Misuse of a DEA Registration Number, in violation of 21 U.S.C. §§ 843(a)(2) & 846; and one count of Possession of Five or More False Identification Documents, in violation of 18 U.S.C. § 1028(a)(3). At that hearing, he was ordered released on conditions to include not committing any offense in violation of federal, state, or local law.

On March 29, 2019, the defendant moved to his father's home located in Haverhill, MA. Accordingly, pretrial supervision was transferred to the District of Massachusetts.

<u>Details of Current Violation(s)</u>

**Violation of Condition #1**: <u>The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.</u>

On March 3, 2019, in Haverhill, MA, the defendant committed the crimes of Strangulation or Suffocation, in violation of MGL c.265 s.5D(B); and, Assault and Battery with a Dangerous Weapon, in violation of MGL c.265 s.15A, when he allegedly choked and repeatedly slammed the head of Scott Norton into a hardwood floor.

As evidenced by 1) statements made by the victim, Scott Norton, to members of the Haverhill (MA) Police Department, and 2) observations made by members of the Haverhill (MA) Police Department.

Reviewed & Approved:

<u>/s/ Daniel F. Gildea</u>                             <u>May 7, 2019</u>
Daniel F. Gildea                                        Date
Supervisory U.S. Probation Officer

*****************************************************************************

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant/Matter Sealed Pending Arrest
[ ] The Issuance of a Summons
[ ] Other

_____            _May 7, 2019_____
Honorable Andrea K. Johnstone                           Date
U.S. Magistrate Judge