

UNITED STATES PROBATION & PRETRIAL SERVICES
District of New Hampshire

# MEMORANDUM

DATE: August 6, 2019

TO: Honorable Andrea K. Johnstone
U.S. Magistrate Judge

FROM: Eric G. Gray
Supervising U.S. Probation Officer

RE: Theodoros Bahtsevanos
Dkt. No.: 19-CR-02-01-JL

### Report of Bail Violation – Warrant Recommended

**The probation officer respectfully requests that the Court issue a warrant for Theodoros Bahtsevanos so that he may be brought before the Court to show cause as to why his bail should not be revoked. In support of this request, the probation officer offers the following information.**

Release Status

On January 16, 2019, the defendant appeared before U.S. Magistrate Judge Andrea K. Johnstone pursuant to a warrant that had been issued following his indictment for two counts of Misuse of a DEA Registration Number, in violation of 21 U.S.C. §§ 843(a)(2) & 846; and one count of Possession of Five or More False Identification Documents, in violation of 18 U.S.C. § 1028(a)(3). At that hearing, he was ordered released on conditions to include not committing any offense in violation of federal, state, or local law.

On March 29, 2019, the defendant moved to his father's home in Haverhill, MA. Accordingly, pretrial supervision was transferred to the District of Massachusetts.

On May 7, 2019, a Report of Bail Violation was filed wherein the Court was notified that the defendant had violated his conditions of release by committing the crimes of Strangulation or Suffocation, in violation of MGL c.265 s.5D(B); and Assault and Battery with a Dangerous Weapon, in violation of MGL c.265 s.15A, when he allegedly choked and repeatedly slammed the head of Scott Norton into a hardwood floor. A warrant was issued for the defendant's arrest.

On May 10, 2019, the defendant was arrested and appeared before the Court. He waived his right to a probable cause hearing and was ordered released on the previously imposed conditions with the additions that he have no contact with Scott Norton and that he be subject to home confinement with electronic monitoring.

On June 11, 2019, the defendant appeared before U.S. District Judge Joseph N. Laplante and pled guilty to Counts 1 through 3 of the Indictment. His release conditions were continued without change.

Details of Current Violation(s)

**Violation of Condition #1**: The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

On April 1, 2, and 7, 2019, in Lowell, MA, the defendant committed the crimes of Uttering a False Prescription (2nd and subsequent); Unlawfully Obtaining a Controlled Substance (2nd and subsequent); and Conspiracy to Violate the Controlled Substance Act. Supporting evidence of these violations is contained within the Court documents and a Massachusetts State Police investigative report related to Lowell (MA) District Court docket no. 1911CR003420. The defendant made his initial appearance in that matter on July 5, 2019, and he was released on personal recognizance. A probable cause hearing is scheduled for August 13, 2019.

The probation office was previously made aware of these charges but only recently learned that the alleged conduct took place subsequent to the defendant's release on conditions by this Court.

Reviewed & Approved:

| | |
|---|---|
| */s/ Christopher H. Pingree* | August 6, 2019 |
| Christopher H. Pingree | Date |
| Supervisory U.S. Probation Officer | |

********************************************************************

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant/Matter Sealed Pending Arrest
[ ] The Issuance of a Summons
[ ] Other

| | |
|---|---|
| _____ | 8/06/2019 |
| Honorable Andrea K. Johnstone | Date |
| U.S. Magistrate Judge | |