AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
CONCORD, NH

2019 AUG -7 AM 7: 27

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Theodorus Bahtsevanos

Case No. 19-cr-002-01-JL

**SEALED DOCUMENT**

**ARREST WARRANT**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
Theodorus Bahtsevanos who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Supervised Release Violation Petition ☒ Violation Notice
☐ Probation Violation Petition ☐ Information ☐ Complaint
☐ Superseding Indictment ☐ Superseding Information ☐ Order of the Court

This offense is briefly described as follows:

Date: 8/6/2019

Charli Pappas
Deputy Clerk

City and state: Concord NH

| Return |
|---|
| This warrant was received on *(date)* 8-7-19 , and the person was arrested on *(date)* 8-21-19 at *(city and state)* Haverhill, NH . |

Date: 8-21-19

_Arresting officer's signature_

Daniel Clancido - OUSm
_Printed name and title_